**ALLIED CHEMICAL & DYE CORPORA-TION, Plaintiff-Appellant,**

v.

**Denis J. McMAHON, District Director of Internal Revenue for Lower Manhattan, New York, Defendant-Appellee.**

No. 176, Docket 24681.

United States Court of Appeals Second Circuit.

Argued March 12, 1958.

Decided April 7, 1958.

Lawrence A. Coleman, New York City (Joseph D. Becker, New York City, on the brief), for plaintiff-appellant.

James R. Lunney, Asst. U. S. Atty., S.D.N.Y., New York City (Paul W. Williams, U. S. Atty., New York City, on the brief), for defendant-appellee.

Before CLARK, Chief Judge, HINCKS, Circuit Judge, and BRENNAN, District Judge.

PER CURIAM.

Affirmed on the opinion of District Judge Walsh, D.C.S.D.N.Y., 156 F.Supp. 275.